IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                              Case Number 01-CR-401-004(PG)
                                        Case Number 99-CR-111-004(PG)

**MANUEL FERNANDEZ-TORRES**
* * * * * * * * * * * *

**MOTION FOR SOME DISPOSITION**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**U.S. DISTRICT COURT JUDGE**
**DISTRICT OF PUERTO RICO**

COMES NOW, SILVIA ORTIZ-IZQUIERDO U.S. PROBATION OFFICER of this Court, presenting an official report on the conduct and attitude of releasee, Manuel Fernández-Torres, who on June 11, 2002, was sentenced to forty-one (41) months of imprisonment and a three (3) year term of Supervised Release, after pleading guilty of violating Title 18, <u>United States Code</u>, Sections 2113(a)and 2 in criminal case 01-CR-401-04. On the same date, Mr. Manuel Fernández-Torres, was also sentenced under criminal case number 99-CR-111-04, to forty-one (41) months of imprisonment after pleading guilty of violating Title 18, <u>United States Code</u>, Section 1951 (a), both sentences were to be served concurrently. As special conditions, he was ordered to submit to urinalysis, provide access to any financial information, make restitution in the amount of $900 to Loomis Fargo & Co and pay $100 special assessment in each case. Mr. Fernández-Torres' supervised release commenced on June 11, 2002 and his term expires on June 10, 2005.

**RESPECTFULLY REQUESTING CLARIFICATION OF SENTENCE:**

Although Mr. Fernández-Torres paid in full the Court Ordered Sanctions, to wit: the $100 SMA and the $900 restitution imposed in case number: 99CR401-04(PG), it has been a doubt whether the Court intended to impose the same amount of restitution and SMA in case number 99CR111-04(PG).

**WHEREFORE**, in lieu of the aforementioned, it is respectfully requested that the Court clarify this matter so that the U.S. Probation Officer may appropriately enforce said conditions.

In San Juan, Puerto Rico, this 11th day of May, 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


Silvia Ortiz-Izquierdo
U.S. Probation Officer
150 Chardon Ave
Room 400
San Juan, PR 00918
Main Phone Number: 787-766-5596
Fax: 787-766-5945
E-mail: Silvia_Ortiz@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on May 11, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Sonia Torres, U.S. Attorney's Office and to Defense Counsel Luis Rivera-Rodríguez, Esq.

        At San Juan, Puerto Rico, May 11, 2005

        s/Silvia Ortiz-Izquierdo
        U.S. Probation Officer
        Address 150 Chardon Ave
        Room 400
        San Juan, PR 00918
        Main Phone Number: 787-766-5596
        Fax: 787-766-5945
        E-mail address:
        Silvia_Ortiz@prp.uscourts.gov